# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E2028966 | Epler | 2504 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

**Date and Time of Offense (mm/dd/yyyy):** 6/20/25 1350
**Offense Charged:** ☒ CFR ☐ USC ☐ State Code — 36 CFR 4.21(c)
**Place of Offense:** Windy Flats/MG Road
**Offense Description / Factual Basis for Charge:** Operate a vehicle in excess of speed limit
**HAZMAT:** ☐

### DEFENDANT INFORMATION

**Last Name:** SMITH
**First Name:** Craig
**MI:** A
**Street Address:** [redacted]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 753203E | MT | | Mazda | | Grey |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 100  Forfeiture Amount
+ $30 Processing Fee
$ 130  Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)
Court Address: ___  Date: ___  Time: ___

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: ___

Original - CVB Copy

*E2028966*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 6/20, 2025 while exercising my duties as a law enforcement officer in the Federal District of Montana

*See Attached*

The foregoing statement is based upon:
☒ my personal observation
☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 06/20/2025   Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: ___  Date (mm/dd/yyyy) ___  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident.